VYSHNAVI INFOTECH INC.
Balance Sheet
As of December 31, 2014

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Bank Accounts** | |
|       1000 Cash - BOA | -3,000.00 |
|       1010 SunTrust | 0.00 |
|       1020 SunTrust Money Market | 0.00 |
|       1030 Chesapeake Bank | 0.00 |
|       1040 Chesapeake-Demand Money Plus | 0.00 |
|       1050 Bibby Financials | 0.00 |
|       1060 Suntrust - 0524 | 585.51 |
|       1070 BIBBY | 93,630.28 |
|       1080 M&T Bank | 4.76 |
|       1090 Wachovia Bank | 0.00 |
|       1100 Bibby Reserve | 0.00 |
|       1110 Cardinal Bank | 0.00 |
|       1120 North West Federal Credit Union #1476 | -344,883.74 |
|       1121 Northwest FCU MM | 0.03 |
|       1130 PNC Bank #6674 | 19.00 |
|     **Total Bank Accounts** | **$ -253,644.16** |
|     **Accounts Receivable** | |
|       1200 Accounts Receivable | 0.00 |
|     **Total Accounts Receivable** | **$0.00** |
|     **Other current assets** | |
|       1499 Undeposited Funds | 701,412.50 |
|       1522 Loan to VRHMS | 0.00 |
|       1523 Loan to Kodury | 0.00 |
|       1550 Salary Advances | 1,475.00 |
|       1560 Security Deposit | 9,884.00 |
|       1570 Employee Cash Advances | 0.00 |
|       1571 Loan to Uday | 0.00 |
|       1580 Advances Recoverable | 23,402.82 |
|       1585 Advance to India Office | 0.00 |
|       1591 Loan to Hillcrest Inc | 23,000.00 |
|       1592 VI Tech USA Inc. | 0.00 |
|       1593 Loan to Vyshnavi Consulting LLC | 0.00 |
|       2301 Loan to Vyshnavy Skin Care LLC | 2,000.00 |
|       Advance for Transportation | 0.00 |
|       Loan to New Look Skin Care | 0.00 |
|       Uncategorized Asset | -1,700.00 |
|       Withdrawal Transfer | 500.00 |
|     **Total Other current assets** | **$759,974.32** |
|   **Total Current Assets** | **$506,330.16** |
|   **Fixed Assets** | |
|     1500 Computer | 37,014.95 |

| | |
|---|---:|
| 1501 Furniture and Fixture | 8,974.72 |
| 1504 Office Equipments | 8,855.86 |
| 1507 Software | 14,935.36 |
| 1510 Accum. Depreciation | -89,501.00 |
| 1511 Copier | 1,813.00 |
| 1512 Leased Office Furniture | 21,999.00 |
| **Total Fixed Assets** | **$4,091.89** |
| Other Assets | |
| 1600 Organization Costs | 550.00 |
| 1601 Deferred Interest | 10,280.00 |
| 1610 Accum. Amortization | -550.00 |
| Vyshnavi Consultancy LLC | 0.00 |
| **Total Other Assets** | **$10,280.00** |
| **TOTAL ASSETS** | **$520,702.05** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 2000 Accounts Payable | 0.00 |
| **Total Accounts Payable** | **$0.00** |
| Credit Cards | |
| 2350 Bank of America #9344 | 15,094.70 |
| 2450 Chase Credit Card #2779 | 7,244.03 |
| 2500 Capital One | 0.00 |
| 2550 CitiBank Credit Card #4996 | 2,943.06 |
| 2560 Sun Trust Credit Card #7222 | 5,790.93 |
| 2570 Costco Credit Card | 0.00 |
| 2580 Discover Credit Card | 0.00 |
| **Total Credit Cards** | **$31,072.72** |
| Other Current Liabilities | |
| 2100 Payroll Liabilities | 32,864.66 |
| 2201 Advance from Chesapeake Bank | 0.00 |
| 2202 Advance from Bibby Financial | 166,246.90 |
| 2203 Loan from Vyshnavi Skin Care | 116,812.74 |
| 2300 Loan from partner | 67,082.01 |
| 2302 Loan from Paul Singh | 0.00 |
| 2303 Loan from Srinivas Saranu | 0.00 |
| 2304 Loan from Pam Kaur | 0.00 |
| 2305 Loan from Chandra Motam | 0.00 |
| 2306 Loan From Sreenivas Pokuri | 0.00 |
| 2307 Loan from Praveen | 0.00 |
| 2308 Loan from Srinivas | 0.00 |
| 2309 Loan from VI Tech USA | 0.00 |
| 2310 Mallik Mathapati | 0.00 |
| 2311 Loan from Vyshnavi Consulting | 0.00 |
| 2312 Loan from Namratha Patel | 0.00 |
| 2314 Loan from Mantis Funding | -35,195.00 |
| 2400 SunTrust Line of Credit | 0.00 |

| | |
|---|---:|
| 2401 Suntrust Commercial Loan | 0.00 |
| 5102 Miscll Receipts | 1,550.00 |
| Loan from Vedi Technologies inc | 0.00 |
| Madhavi Subbu (Sudhakar) | 0.00 |
| **Total Other Current Liabilities** | **$349,361.31** |
| **Total Current Liabilities** | **$380,434.03** |
| **Long-Term Liabilities** | |
| 2204 Loan from Web Bank | 41,982.60 |
| 2402 Lease Payable | 0.00 |
| 2408 Loan from R&L Capital Corp | 36,038.40 |
| **Total Long-Term Liabilities** | **$78,021.00** |
| **Total Liabilities** | **$458,455.03** |
| **Equity** | |
| 3010 Draw | -26,013.14 |
| 3135 Partner One Equity | |
|    3145 Partner One Draws | -39,735.94 |
|    3155 Partner One Investments | 831.00 |
|    3160 Partner One Earnings | -2,974.00 |
| **Total 3135 Partner One Equity** | **-41,878.94** |
| 3170 Partner Two Equity | |
|    3190 Partner Two Investments | 554.00 |
|    3195 Partner Two Earnings | -1,982.00 |
| **Total 3170 Partner Two Equity** | **-1,428.00** |
| 3900 Retained Earnings | -386,749.32 |
| Net Income | 518,316.42 |
| **Total Equity** | **$62,247.02** |
| **TOTAL LIABILITIES AND EQUITY** | **$520,702.05** |

Wednesday, Feb 18, 2015 04:46:23 PM PST GMT-5 - Cash Basis

This report was created using QuickBooks Online Plus.