# VYSHNAVI INFOTECH INC.
## Profit and Loss
### January - December 2014

|  | TOTAL |
|---|---:|
| **Income** | |
|    4100 Service Revenue | 696,768.11 |
| **Total Income** | **$696,768.11** |
| **Gross Profit** | **$696,768.11** |
| Expenses | |
|    6115 Bank Service Charges | 391.00 |
|    6120 Business License & Fees | 739.00 |
|    6130 Car/Truck Expense | |
|       6132 Gas | 156.60 |
|    Total 6130 Car/Truck Expense | 156.60 |
|    6180 Insurance | 8,906.22 |
|       6192 Medical Insurance | 1,794.22 |
|    Total 6180 Insurance | 10,700.44 |
|    6245 Miscellaneous | 2,214.00 |
|    6255 Postage and Delivery | 26.93 |
|    6260 Office Expense | 2,403.03 |
|    6275 Professional Fees | |
|       6276 Legal Fees | 24,067.88 |
|    Total 6275 Professional Fees | 24,067.88 |
|    6295 Rent | 1,021.00 |
|       6296 Office Rent | 7,463.74 |
|    Total 6295 Rent | 8,484.74 |
|    6310 Office Supplies | 772.35 |
|    6320 Telephone and Fax | 2,441.96 |
|    6330 Travel & Entertainment | |
|       6334 Meals | 280.00 |
|       6336 Travel | 2,726.87 |
|    Total 6330 Travel & Entertainment | 3,006.87 |
|    6335 Utilities | 1,026.68 |
|    6337 Computer Expense | 466.46 |
|    6544 Sub-Contractor | 155,553.00 |
|    6560 Payroll Expenses | |
|       6565 Payroll Taxes | 357.00 |
|          6572 MA Unemployment | 561.18 |
|          Idaho State Tax | 131.85 |
|       Total 6565 Payroll Taxes | 1,050.03 |

| | |
|---|---:|
| Total 6560 Payroll Expenses | 1,050.03 |
| 6987 Recruitment | 6,330.36 |
|   6988 Inmigration Fees | 2,120.00 |
|     Legal Fees | 2,220.00 |
|   Total 6988 Inmigration Fees | 4,340.00 |
| Total 6987 Recruitment | 10,670.36 |
| 6989 Filing Fees | 247.81 |
| 6992 Taxes | 3,230.06 |
|   6993 State tax | 5,617.00 |
| Total 6992 Taxes | 8,847.06 |
| Total Expenses | $233,266.20 |
| Net Operating Income | $463,501.91 |
| Other Income | |
|   7100 Interest Income | 55,297.03 |
| Total Other Income | $55,297.03 |
| Other Expenses | |
|   8100 Interest Expense | 482.52 |
| Total Other Expenses | $482.52 |
| Net Other Income | $54,814.51 |
| Net Income | $518,316.42 |

Wednesday, Feb 18, 2015 04:48:08 PM PST GMT-5 - Cash Basis

This report was created using QuickBooks Online Plus.