UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia
<u>Alexandria Division</u>

In re:

**Vyshnavi Infotech, Inc.,**

      Debtor.

Case No. 15-10475-RGM
Chapter 11

### Consent Order of Conversion from Chapter 11 to Chapter 7

      This matter came before the Court on the motion of the United States Trustee to convert this case to a case under chapter 7 of the Bankruptcy Code.

      It appearing to the Court that: (1) the debtor consents to the conversion of this case to chapter 7; (2) the debtor is a debtor in possession; (3) this case was not originally commenced as an involuntary case under this chapter; (4) this case was not converted to chapter 11 from any other chapter of the Bankruptcy Code.

      Now, it is hereby:

**ORDERED** that:

1.    This case is converted to one under chapter 7 of title 11 of the United States Code, the Bankruptcy Code.

2.    The debtor designee shall file with the Court a final report and account as required by Bankruptcy Rule 1019(5) and Local Rule 1017-1(D) within thirty (30) days of the entry of this order.

3.    The debtor designee shall file with the Court within fourteen (14) days after the conversion of this case financial reports in the format required by the United States Trustee for the following time periods: the months of June and July 2015, and August 1- date of conversion to chapter 7.

4.    The debtor designee shall file with the Court within fourteen (14) days after the conversion of this case as applicable, either:

    (a) a schedule of unpaid debts incurred after the commencement of the original case, and a list of creditors in the format required by the Clerk's Office, or

    (b) a certification that no unpaid debts have been incurred since the commencement of this case.

Office of US Trustee
Jack Frankel, Attorney
115 S Union Street
Alexandria, VA 22314
(703) 557-7229

5.      The debtor designee shall appear and testify, at the date and time set by the Clerk of this Court, at the section 341 meeting of creditors in the converted case.

6.      The automatic dismissal provisions of the local rules shall not apply to this converted case, and failure of the debtor designee to abide by terms of this order may result in the issuance of an Order to Show Cause directed to the debtor and debtor designee.

The Clerk shall serve a copy of this order on the parties listed below.

Aug 26 2015                            /s/ Robert G. Mayer
_____         _____
Date                                                         Robert G. Mayer
        Bankruptcy Judge

                                                                    8/26/2015 sas
I ASK FOR THIS:                            Entered on Docket: _____

Judy A. Robbins,
United States Trustee

/s/  Jack Frankel
Jack Frankel, Attorney
Office of the United States Trustee
115 S. Union Street, Suite 210
Alexandria, VA 22314
(703) 557-7229

Seen and Agreed:

/s/  Ashley F. Morgan (by permission)
Ashley F. Morgan, Esq.
The Law Office of Juan E. Milanes, PLLC
Attorney for Debtor
1831 Wiehle Ave., Suite 105
Reston, VA 20190
ashley.milaneslaw@gmail.com

cc:

Vyshnavi Infotech Inc.
13800 Coppermine Rd Ste 159
Herndon, VA 20171